2:26-cv-03056-APG-EJY

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 23 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RMG DEPUTY

# EXHIBIT 1

Declaration of Robert X. Steele
28 U.S.C. § 1746

To the Complaint
Steele v. City of Las Vegas, et al.

Robert X. Steele
2100 Lenwood Ave
North Las Vegas, NV 89030
Telephone: (702) 416-4239
Email: SuperGPatriot@tutamail.com
Plaintiff, in Proper Person

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT X. STEELE,<br>Plaintiff,<br>v.<br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; OFFICER RODRIGUEZ, in his individual capacity; OFFICER COOK, in his individual capacity; SERGEANT COOK, in his individual capacity; and JOHN DOES 1 through 100, in their individual capacities,<br>Defendants. | Case No. ______________________<br><br>DECLARATION OF ROBERT X. STEELE<br>Exhibit 1 to the Complaint<br>28 U.S.C. § 1746 |

I, Robert X. Steele, declare as follows:

1. I am over eighteen years of age and competent to testify. I have personal knowledge of the facts stated here except where I say a fact is on information and belief, and as to those I believe them to be true.

2. I was fifty-nine years old during the events I describe in this declaration. I live at 2100 Lenwood Ave, North Las Vegas, Nevada 89030. I was held at the City of Las Vegas Detention Center from December 12, 2024 until on or about January 28, 2025, under inmate number 1991209, in Las Vegas Municipal Court case C1268587.

3. Where I give a date as "on or about," I am giving it from memory. The exact dates are in the City of Las Vegas Detention Center's records, which I requested on September 8, 2026 and have not received.

**Custody begins**

4. I was arrested on July 18, 2022 for driving under the influence. I spent that night in the City of Las Vegas Detention Center and was out by morning. Nothing in this lawsuit is about that night. On December 12, 2023 the charge was reduced to reckless driving on a submittal. On December 12, 2024 I appeared before Judge Bert M. Brown in Las Vegas Municipal Court, Department IV, for a revocation hearing, knowing I would be going to jail on that sentence. Judge Brown entered a conviction for reckless driving and imposed ninety days with two days of credit.

5. I asked the court for until the following morning to return my vehicle to my home and gather my belongings before I turned myself in. Judge Brown refused. I was taken into custody from the courtroom that day and booked into the City of Las Vegas Detention Center.

6. My appointed lawyer's representation ended with the revocation hearing on December 12, 2024. From the moment I was remanded from the courtroom that day until my release I had no lawyer. I was representing myself.

7. I began a hunger strike on the morning of December 12, 2024. I kept it for about forty-two days, ending on or about January 23, 2025.

**The refusal of appeal forms**

8. From the day I was booked, I asked jail staff for the paperwork to file an appeal. I asked in person and in writing on the jail's Inmate Request for Assistance forms. The form comes in three parts, a white original the jail keeps, a yellow copy and a pink copy. I kept the pink copies, except for the one request the jail answered, which came back to me as the answered yellow copy. They are attached to the Complaint as Exhibit 2.

9. On December 14, 2024, my second full day, I submitted a written request for appeal paperwork and court information, and an officer signed for it. (Exhibit 2, item 1, page 3.) On December 16, 2024 I submitted a written request for law library forms, listing a notice of intent to appeal, an appeal form, an in forma pauperis application and a transcript request, and an officer signed for it. (Exhibit 2, item 6, page 8.) On December 17, 2024 I submitted a written request marked LAW LIBRARY for a notice of intent to appeal, and an officer signed for it. (Exhibit 2, item 8, page 10.) I got nothing back from any of them.

10. During my first three days, while I was in general population, the classification officer for that housing unit, an older Black man, told me that I could not file anything with a court for the first thirty days of my custody.

11. During my first suicide watch, a Black sergeant, a smaller man about five feet eight inches tall and about 150 pounds, told me that a sentence modification was the only thing I could file, and that it was the only thing he would ask the classification officer to help me

with. No one at any time offered me the option of filing an appeal.

12. I had no way to check what either of them told me. The jail refused me forms, transcripts, hearing video and legal material, and I had no access to a law library.

13. I knew a sentence modification was the wrong thing to file. I had agreed to the sentence and I had no reason to think a judge would modify it. I filled one out anyway, against my own judgment, because the sergeant told me it was the only thing I could file.

14. On or about December 29, 2024 a classification officer named Cook, a junior white officer, took me out of my cell to the guards' office area, sat me down at a table, and gave me a pencil and paper to fill out the sentence-modification form. I did not have my glasses and could not read what I was writing. Cook told me I had fifteen minutes, and that I could either fill the form out in that time without my glasses or go back to my cell and do nothing. I was taken out of solitary confinement for about twenty-five minutes and given a pencil, which shows the jail would trust me with one. Officer Cook did not even stay and watch me; he walked away while I sat at the table and did my work.

15. That is the one time the jail sat me down with a table, paper and a pencil to fill out a form. It was for the sentence modification, the filing the jail wanted, and not for the appeal I had asked for in writing eight times. That was a separate event from the medical form I describe below. I was on the first suicide watch on both days. Ten days before the jail gave me a table and a pencil for its own form, a guard on that same watch would not give me a pen to fill out a medical form a nurse had just handed me.

16. After I was moved to the second floor, on or about January 1, 2025, the classification officer for that floor, a heavyset woman, told me that I could file either a sentence modification or an appeal but not both, and that because I had already filed a sentence

modification she would not give me the appeal paperwork. She did not.

17. On December 26, 2024 I told Judge Brown in open court that the jail was denying me the paperwork I needed. That statement is in the certified transcript of that hearing.

18. I kept asking in writing: December 30, 2024 (Exhibit 2, item 11, page 13); January 1, 2025 (item 12, page 14); January 4, 2025, when I wrote that it was the third time I had asked (item 14, page 16); January 7, 2025 (item 18, page 20); and January 20, 2025, when I also asked for the transcripts to file the appeal and for a district court complaint form and fee waiver (items 23, 24 and 25, pages 25, 26 and 27). Officers signed for each one. None was answered. In all I submitted more than twenty written requests between December 14, 2024 and January 21, 2025. Only one was ever answered in writing, the telephone request I describe below.

19. Before January 18, 2025 I wrote a motion to recuse Judge Kelly Giordani with a golf pencil on blank paper, because I was given no legal forms and nothing else to write with. On January 18, 2025 I asked in writing to file it at once. On or about January 20, 2025 I handed it to a classification officer to be filed. I kept no copy. It should be in the court file.

20. I never got the forms and never filed a notice of appeal. The appeal I wanted to file was of Judge Brown's refusal to recuse himself, the judge having given me advice from the bench. I was not trying to overturn the case.

**Solitary confinement**

21. For my first three days I was held in a five-man cell in general population.

22. On or about December 14 or 15, 2024, while I was seated at a metal table, I slapped my hand flat on the table and swore. I did not stand up, I did not yell, and I made no threat and no threatening movement toward anyone. The room filled with officers. I was cooperative, I was handcuffed without incident, and I did what I was told. I was moved to solitary confinement on the ground floor. Nobody told me why. I was never told afterward either. A slap on a table would not, by itself, have put a man in solitary confinement for the rest of his custody. I can only assume the jail used it as an excuse to punish me for the hunger strike, because a man on a hunger strike has to be watched more and checked on more often, and the jail did not want to deal with that.

23. I stayed in solitary confinement from that day until my release: on the ground floor until on or about January 1, 2025, and then on the second floor. It was in solitary that they first started trying to break my hunger strike. On January 7, 2025 I told Judge Giordani on the record that I had been in solitary confinement for twenty-four days.

24. While I was on the ground floor I was not allowed to shower. That was about seventeen days. My first shower in solitary came after the move to the second floor.

**The first suicide watch**

25. On December 14, 2024 I submitted a written request to speak to a psychologist for personal reasons. An officer signed for it. (Exhibit 2, item 5, page 7.) No one came.

26. A day or two after I was moved to solitary confinement, on or about December 16 or 17, 2024, the jail sent me to University Medical Center for blood tests and to check on me because of my hunger strike. Two City officers took me. One was an officer named Perez. I left at dusk and came back after dark.

27. In the inmate waiting room at UMC, guards from the Clark County Detention Center got into it with me while my two guards sat there and watched. A bald white CCDC guard in his late thirties or early forties said that if he ever got me in CCDC he would make my life miserable. He said they had abused a prisoner there so badly that the man cried when he left, and he kept saying that Marines were pussies and that they made Marines cry all the time. Later a short white CCDC sergeant with gray hair, in his late fifties or sixties, told me on his own that I had better not show up at CCDC or I was going to pay for what I was doing that day. It turned into a shouting match. I do not remember every word of it. Those guards were wearing body cameras. The two City officers who took me were wearing body cameras too. The Clark County guards provoked me and pushed me into a heated argument in which I was shouting at the top of my lungs and disturbing the whole emergency room waiting area, disruptive enough that I was put out of the hospital. I could not leave or get away from those men. My own officers never told them to back off and leave their prisoner alone. They just sat there and watched.

28. On the way back in, while the City officer who was not Perez was pushing me in a wheelchair from the van to the dorm, he told me he did not like my attitude and said, "We can always put you in suicide watch, you know."

29. He had threatened me, so I showed him defiance. When the nurse was checking me back into the jail I told her, "I am feeling suicidal and I think I need to go on suicide watch." I also asked her whether there was anything else they could do to me to break me, and if there was, could we skip right to that and save some time. She said this was all they could do. I said it in a defiant, aggressive tone. Nobody listening could have taken it for a depressed man showing signs that he was actually suicidal.

30. Nobody assessed me. I was put on suicide watch on or about December 17 or 18, 2024. I

was on that watch for fifteen days, until on or about January 1, 2025. On December 26, 2024 I told the court I had been on it nine days.

31. I was issued a suicide gown. It was too small for me, and its Velcro fastenings were old and so full of lint that they would not hold. It would not stay on. I gave up trying to wear it and was naked for the whole of that watch. My mattress and all of my property were taken. I slept on the bare concrete floor. Apart from the gown, I was given four sheets of toilet paper. The only other things anybody handed me on that watch were two blank forms, and nothing to write on them with.

32. The cell was cold, and colder at night, when I could feel the air blowing on me. The lights stayed on twenty-four hours a day. A light fixture above the sink shone into my eyes when I lay on my right side. The window looked out under a street light that never went off. I could not tell day from night. I did not sleep for days at a time.

33. Officers made the routine checks through a glass window in the cell door. Many of the officers were women. The cold made my genitals contract and my testicles draw up into my body. On several occasions officers looked in, laughed, and made remarks through the door about the size of my genitals. I could hear them. That went on for fifteen days.

34. About halfway through, a mentally ill inmate who screamed and sang at the top of his lungs all day was moved from further down the hall into the cell directly across from mine. An officer asked me how I liked my new roommate.

35. On or about December 19, 2024, during a night nurse's round, I asked for medical attention. I was asking to have my heart medication filled. I do not remember the name of the medication; it is in my medical records. The nurse handed me a NaphCare sick call form through the portal in my cell door. She was a Black woman, I would guess in her thirties,

heavy build, about five feet eight inches tall. She was the regular night nurse and she worked what looked like a regular shift the whole time she was there. The portal is a slot about four inches by ten inches, about two and a half feet above the floor, and there is a flat shelf right under it that I could have written or signed on. The nurse would not fill the form out for me.

36. The officer with her was a woman with red hair, I would guess in her late fifties to early sixties. I do not believe she held any rank above officer. She was standing at the door and she saw the nurse hand me the form. I asked her for a pen. She told me I could not have one because I was on suicide watch, and that I should not have been given the form in the first place. Then the two of them laughed and walked away.

37. The two women who walked away from that door were the night nurse and the red-haired officer I have just described. They both knew I had a medical form and nothing to write with. The nurse could have written down what I told her and held the form on the shelf under the portal for me to sign. That is what the shelf is there for. She did not do it. They were not only refusing me medical attention. They were tormenting me.

38. I filled the form out by scratching the words into it with my fingernail so the carbon copies would carry them. There is no date on that form because I had nothing to write a date with. My own jail notes fix the day. It is in Exhibit 2. (Exhibit 2, item 9, page 11.)

39. On December 24, 2024 I wrote out an Inmate Request for Assistance the same way, scratching it with my fingernail, for the same reason. Nobody would give me anything to write with and nobody would write it for me. An officer signed for it on December 24, 2024. My copy shows only the impressions. It is in Exhibit 2. (Exhibit 2, item 10, page 12.) Those two forms are the only writing I was able to produce on that watch.

40. The jail's nurse asked the Municipal Court more than once to release me on medical

grounds. On December 26, 2024, the day I told Judge Brown on the record that I had been on suicide watch for nine days, he said on the record that the jail had made a medical release request and that he had denied it. He found me in contempt for what I said in his courtroom that day and added twenty-five days. On December 31, 2024 Judge Giordani denied another request. I recall a third request. The court's record will show how many there were.

41. I was given a gown that would stay on, and a blanket, only a few hours before I was taken off the watch on or about January 1, 2025. Somewhere about halfway through the watch I made such a fuss about the gown that the guards agreed to get me a new robe. Five hours later I was still begging for the robe they had promised me. The new robe was worse than the one I had on. It was so bad that I gave it back. Then they got me a practically brand new, barely used robe that was big enough to fit me, four or five hours before they moved me upstairs and took me off the watch, and they gave me the suicide blanket at the same time. I believe that was one more way of tormenting me into giving up my hunger strike and punishing me for my belligerence about their treatment of me.

42. A nurse told me that the jail used to issue a suicide blanket to inmates on watch and that someone in management had decided to stop.

43. I do not believe the conditions they left me in were City procedure. I believe it was the opposite: they were abusing me. They purposely left me with a robe that was malfunctioning and too small, and then gave me a perfectly fine robe a couple of days later. No one else was on suicide watch as long as I was, so they had the chance at any point to get me that gown and chose not to. The second time I went on suicide watch, the guard was bringing a robe and a suicide blanket to my cell. I remember it because I reminded the guard through the porthole in the day-room door that I was going on suicide watch and said, "we don't do blankets on suicide watch, and you can keep the robe. It made it too easy last time." I was defying them. I was not showing any suicidal tendencies. I was doing it out of belligerence and to fight for my court

date, and I got my court date within days of going on the watch.

44. A nurse assessed me every day I was on the first suicide watch. She told me that I could not get off suicide watch until I ate. The nurses asked me constantly whether I was really going to stick it out and go on feeding tubes. I always answered, in substance: if the prisoners in Guantanamo Bay can go to feeding tubes, you can damn well bet that as a United States Marine I will. Everyone present took that for what it was: there was no chance I was going to be able to kill myself by not eating. I constantly let the nurses know that I was fasting in a healthy manner and drinking the water I needed. At no time did anyone get the impression that I had any intent of killing myself.

45. I was taken off that watch after fifteen days without having eaten. I believe they left me on it as additional punishment and to break me of the hunger strike, and not on any honest medical assessment. The nurse who assessed me every day told me I had to give up my hunger strike to get off the watch.

**The second suicide watch**

46. On or about January 20, 2025, after five weeks of unanswered requests and with no way to get my case in front of a judge or get my appeal papers, I asked to be put on suicide watch. To get on it I had to tell them I was suicidal, so I said it. No one in the room believed what was coming out of my mouth. It was obvious I was doing it in protest because I could not get a court date or get any of the paperwork I needed filed, and it was the only way I knew to force the jail to move my case. I had told them why I was doing it. I had packed my things to be moved, which is how I know I am missing a folder of paperwork. When the guards sat in front of me in the day room and brought in the nurse, I said the magic words for suicide watch, but no one believed it.

47. A member of the medical staff came to the day room and asked me a series of questions. A corrections officer was present, as one was at every contact I had with medical staff in that jail. On my answers he declared me suicidal and I was placed on the watch. Twenty or more corrections officers were present. They moved me like a rabid animal that was going to strike out at any moment: four guards with their hands on me and another twenty in the hallway, to move me from the day room to the cell next door. That was the move in which I got my concussion and my arm torn up. Officers, sergeants and a whole lot of guards sat around watching, and not one of them believed for a minute that I was suicidal. Sergeant Cook was there for that transfer and oversaw the determination that I was suicidal and not just protesting because his department would not do its job. I chewed Sergeant Cook out through the glass when he came to the hall to watch, and yelled at him that his department was not doing its job. My mattress and property were taken again and I was put on the bare floor. On that watch the gown stayed on.

48. A man should not have to declare himself suicidal to get a court date and his own legal papers. That is what it took.

49. Once, Officer Carter threatened the inmate in the cell next to mine with suicide watch if he did not behave, and I freaked out. Suicide watch in that jail was used as a punishment and a threat.

**The use of force**

50. At about 1:00 a.m. on or about January 20 or 21, 2025, as I was being moved from the day room to my cell to be put on suicide watch the second time, four officers took hold of me while I was kneeling in the corner of the cell.

51. The two officers on my left side held me without incident. They did not use pain compliance and I gave them no trouble.

52. The two officers on my right side, Officer Rodriguez and one other, put pain compliance holds on my right hand and arm and tried to split my fingers apart. I was kneeling, I was held by four officers, I had done everything I was told, and I was doing nothing that called for force.

53. Because the two officers on my right were hurting me for no reason, I pulled my hand out of their grip. I did not strike at anyone, I did not get up, and I did not threaten anyone.

54. At that moment Officer Rodriguez drove his arm into the side of my head and, with his full body weight behind it, drove the left side of my head into the concrete wall. Sergeant Cook was in the hallway for that move, with roughly twenty other officers, and watched. He did not stop it.

55. I was fifty-nine years old. I was cooperative throughout my custody and followed every order I was given. I had watched officers pepper-spray an inmate in the cell across the hall for refusing to comply, and the spray burned my own lungs from across the corridor. I knew there was nothing to be gained by resisting and I did not resist.

56. I was injured in the head and in my right shoulder. I believe the shoulder injury is torn cartilage. I have had pain and limited use of the shoulder since. An MRI of my right shoulder was done on September 16, 2026 and the report is pending.

**The hearing, the nurse, and the restraint chair**

57. The protest got me a hearing. On January 22, 2025 Judge Giordani took ten days off my sentence.

58. When I got back from that hearing I asked to be taken off the watch. The nurse who came to clear me told me this was my third time on suicide watch and that she was going to leave me on it another twenty-four hours to punish me for going on suicide watch so much. It was my second time. She had been on days off; she had seen me on the long first watch, and seeing me on the watch again she assumed I had been on it twice before. She never carried out the twenty-four hours. The sergeant took me off the watch that day. That nurse was a young Black woman. She is the same nurse who put me on suicide watch a third time, just before I left, as I describe below, and who forced me to take the ambulance.

59. I then demanded that they bring the restraint chair and strap me into it rather than leave me in that cell. I was left in the cell; the cell was not the problem. The problem was that I had a concussion and could not lay my head down. I had no mattress and no pillow, so my head could only sit on the cement floor. I could not lie on my arms either, because of my newly torn and sore shoulder; I could not lift my arm above my shoulder to put it under my head. My plan was to get strapped into the restraint chair without any pants on so that I could keep my head off the ground and sleep sitting up, and if I needed to use the restroom I would just defecate on the metal chair. That is how bad it was on the second watch with the concussion. I could not lie down at all. I had to walk or sit. Any attempt to lay my head on the concrete ended in pain. An officer had told me earlier that even if the nurse released me it would take three or four hours. The officer on duty did not know what to do with my demand and called a sergeant. The sergeant asked for two minutes, made a phone call, and I was taken off suicide watch at once, the same day. What the jail had said would take three or four hours took two minutes when a sergeant chose to make a call. That was on or about January 22 to 24, 2025. The jail's records will have the day.

60. There was a third suicide watch. It came just before my release, and it was done as punishment. The nurse I have described and I got into a confrontation. She threatened to put me on suicide watch before I left, so that I would have to go to the hospital before I could go home. I answered her, in substance: fine, you can give me a ride, but I want to know who is going to pay for the ambulance, because I am not. That is when she told me that the City would pay for the ambulance and for the hospital. I was placed on the watch.

61. That placement was not a response to any risk that I would harm myself. It was her answer to an argument, and it was used to make my release run through a hospital. Her remark on the second watch that it was my "third time" was wrong when she said it. The third time was this one.

**Medical care**

62. A corrections officer was present at every contact I had with medical staff during my custody. I was never seen, questioned or answered by a nurse or a doctor out of an officer's hearing. The written medical requests went through corrections officers before they reached anyone medical.

63. After the use of force I reported my head injury and my shoulder injury to jail staff and asked to be examined and treated. I submitted a written request saying that I had headaches and that I was dizzy when I stood up or walked, and I asked for help with a concussion.

64. In late January 2025, in answer to that request, a jail doctor, without seeing me, prescribed an over-the-counter pain reliever. A nurse brought me the answer and told me that was all the doctor could do for me. An officer was standing there when she told me. If the

doctor had come up and examined me himself, he would have seen that I was on suicide watch with no pillow to rest my head on, and he could have ordered the guards to give me at least a pillow. A doctor's order would have overridden whatever the jail had decided.

65. No doctor, nurse practitioner or other provider examined me at any time after I reported the head injury. No imaging was ordered.

66. Before my custody I had been prescribed clonazepam and trazodone to sleep. I told the jail's nurses. I was told there was nothing they could do because they could not issue sleeping medication. No doctor evaluated me. I went without that medication for the whole of my custody, through the hunger strike and all three suicide watches.

67. My head and shoulder injuries were not treated at any time before my release.

**The letter to jail management**

68. I could not call my family for more than a month. On January 18, 2025 I submitted a written request saying my telephone PIN did not work, that I had not used any of my telephone time, and that I demanded it, and I wrote on it: "It's your lawsuit, your career's funeral." An officer signed for it. The same day I submitted a second written request saying I needed to file my motion to recuse at once, that I needed a court date, that the jail was already violating my civil rights, and that I was suing the City for it. An officer signed for that one too.

69. During my custody I wrote a letter to jail management by hand. It ran about ten pages. It said that I intended to sue the City over the jail's refusal to give me access to the courts and over my treatment, and it set out my complaints one by one. It also said that I had expected to be filing an appeal from my first day in that jail and that I should have been released early. It

was blunt and angry about the jail, and it said so in aggressive language. I handed it in at the same time as my written request to have my telephone time replaced, on or about January 18 to 20, 2025.

70. The jail made no complaint form available to inmates for reporting violations by its guards. There was no way for me to complain about what I describe here, or to make an official record of it, except the request forms and that letter.

71. I first offered the letter to the day-shift officer assigned to my floor. He read it. He told me I had some points. He understood it was a complaint against the jail addressed to management, and he refused to take it. He did not want to sign for a letter he would then have to hand up to management. He is a white man, clean cut, fit, with a muscular build, and he worked that floor regularly alongside an officer named M. Carter.

72. I then presented the letter to the night-shift sergeant. He read it and told me I had some valid complaints. He did not want to sign for it either, for the same reason. He kept working on my telephone request instead of signing for the letter, and he did not give me back my copy of the request form that night. I did not refuse to hand him the letter. I would not let him leave without signing the paperwork and acknowledging that he had received it. He kept insisting that he could just go down and get the phone taken care of, and he was doing everything he could not to sign the request and the acknowledgment. Both the day-shift officer and the sergeant acknowledged that the jail had screwed up, and both were nervous about giving the information to management. This had happened once before, with another guard who refused to take something I had written because it was not written in a way that was acceptable to him. I was never required to use any particular wording to address my complaints against management, and that guard had no right to tell me I had to edit the document. He is a young white man with dark hair, in his twenties or early thirties, and he was working on the second floor. The sergeant signed the acknowledgment. That was on or about January 18 to 20, 2025,

the same night he took my telephone request. He is a white man in his thirties or early forties who wears glasses and usually wears a hat. He is not Sergeant Cook.

73. The jail answered the January 18 telephone request in writing on January 20, 2025, giving me my PIN. That is the only written request the jail ever answered. The answered yellow copy is in Exhibit 2. My letter to management went to the sergeant in that same period, and the sergeant who signed for it is the one who handled the telephone request.

74. I was given a telephone PIN when I first arrived at the jail. I never got to use it before I was put in solitary confinement, and after that I had no access to the phones at all. When the jail gave me my PIN again on January 20, 2025, the time was gone. I cannot say who took it or how. Anything more than that would be me guessing. The first call I made was to my son, Max Steele. On January 20, 2025 at about 6:30 a.m. I submitted a written request saying my telephone time had been taken by an inmate who watched me enter my PIN and used it. On January 21, 2025 I wrote a request about my missing telephone time and I addressed it to Sergeant Cook by name, because I knew he was in charge of the classification department and I was frustrated with that department. I was ranting at him on that form because he ran the department, not because he had done anything to me personally. I did not give it to Sergeant Cook and I do not know whether he ever saw it. I handed it to the officers on duty. They refused to sign for it and I wrote that on the form. There are two officers named Cook at the jail. Sergeant Cook is an older Black man and the head of the classification department. The classification officer Cook who took me to fill out the sentence-modification form is a younger white man and is not a sergeant. Sergeant Cook was not the only sergeant involved in what I describe in this declaration. A large number of sergeants, and I believe at least one lieutenant, took part in or watched what I describe. The City's video and shift records will identify them.

75. A lieutenant whose surname is of obvious Hawaiian origin spoke with me on several occasions during my custody. He asked me whether I was really going to sue. He also told me

they were trying to find a way to get me out early. He appeared to be following my case.

**Loss of my papers**

76. When I was placed on suicide watch the second time, trustees cleared out my cell. I got very little of my property back. My copy of my letter to jail management and my copy of my sentence-modification request were among the things I did not get back. The pink copies of my request forms in Exhibit 2 are the ones I kept, along with the one answered yellow copy. When I put all of my notes together to go on the second suicide watch, I put them in a plastic bag. I did not get that bag back when I left. The trustees who emptied my cell took it with them and I never saw it again.

**Release**

77. I was released on or about January 28, 2025. Jail staff required me to leave by ambulance and told me the jail would pay for it. I was on the third suicide watch when I was released. The nurse who had put me on it told me that they would not be able to let me go, that they were going to have to send me to the hospital, that if I did not agree to go I would be kept in custody longer, and that the City would pay for the ambulance and the hospital. That is the only reason I got into the ambulance. I later received an ambulance bill of about $4,000 and a University Medical Center bill of about $2,000.

78. I continue to suffer the effects of the injury to my right shoulder. My head was sore for weeks after I was released, but it is fine now.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, at North Las Vegas, Nevada.

ROBERT X. STEELE
2100 Lenwood Ave, North Las Vegas, NV 89030
(702) 416-4239
SuperGPatriot@tutamail.com