2:26-cv-03056-APG-EJY

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 23 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RT/6 DEPUTY

# EXHIBIT 2

Inmate Request for Assistance forms submitted by
Robert X. Steele, inmate no. 1991209,
December 14, 2024 to January 21, 2025,
with one NaphCare sick call request

To the Complaint
Steele v. City of Las Vegas, et al.

## EXHIBIT 2 -- INDEX (Exhibit 2, pages 1 and 2 of 32)

Inmate Request for Assistance forms, in date order
Steele v. City of Las Vegas, et al.


| Item | Date | Form | Page |
|---|---|---|---|
| 1. | 12/14/2024 | Appeal paperwork and court information | 3 |
| 2. | 12/14/2024 | Password reset for commissary | 4 |
| 3. | 12/14/2024 | Legal document for his defense | 5 |
| 4. | 12/14/2024 | Legal request (faint) | 6 |
| 5. | 12/14/2024 | Wish to speak to a psychologist for personal reasons | 7 |
| 6. | 12/16/2024 | Law library forms: notice of intent to appeal, appeal form, in forma pauperis application, transcript request | 8 |
| 7. | 12/16/2024 | Three motion forms and pleading paper (no receiving signature) | 9 |
| 8. | 12/17/2024 | Notice of intent to appeal (marked LAW LIBRARY) | 10 |
| 9. | undated, about 12/19/2024 | NaphCare sick call request, scratched into the form with a fingernail | 11 |
| 10. | 12/24/2024 | Inmate Request for Assistance, scratched into the form with a fingernail; impressions only; signed for by a receiving officer on 12/24/2024 | 12 |
| 11. | 12/30/2024 | Notice of intent to appeal | 13 |
| 12. | 01/01/2025 | Notice of intent to appeal and sentence modification | 14 |
| 13. | 01/01/2025 | Case information including the contempt charge | 15 |
| 14. | 01/04/2025 | Sentence modification, notice of intent to appeal, appeal form: "This is the third time I have asked" | 16 |
| 15. | 01/04/2025 | Motion to dismiss to be placed on the court calendar | 17 |
| 16. | 01/05/2025 | File motion to dismiss, four-page brief | 18 |
| 17. | 01/05/2025 | Court information including release date with contempt charge | 19 |
| 18. | 01/07/2025 | Notice of intent to appeal, district court appeal form, ten sheets of pleading paper | 20 |
| 19. | 01/18/2025 | Motion to recuse; need a court date; "I'm suing the City for it" | 21 |

| | | | |
|---|---|---|---|
| 20. | 01/18/2025 | Telephone PIN does not work; "It's your lawsuit" (pink copy) | 22 |
| 21. | 01/18/2025 | Same telephone request, yellow copy, answered by staff 01/20/2025 with the PIN | 23 |
| 22. | 01/20/2025, 6:30 a.m. | Telephone time taken by an inmate who memorized the PIN | 24 |
| 23. | 01/20/2025 | Notice of intent to appeal and appeal form with case number, judge and department | 25 |
| 24. | 01/20/2025 | Transcripts required to file the appeal | 26 |
| 25. | 01/20/2025 | Complaint form for district court and in forma pauperis application | 27 |
| 26. | 01/21/2025 | Addressed to Sgt. Cook about the missing telephone time; officers refused to sign; annotated by the Plaintiff | 28 |


---

Pink pages are the inmate copies retained by the Plaintiff. The yellow page is the copy returned by the jail with its written reply.

The receiving officer's signature and date on each form is the jail's acknowledgment that it received the form.

Items 9 and 10 carry no ink. The Plaintiff was refused any writing instrument while he was on the first suicide watch, and he wrote both forms by scratching the words into the paper with a fingernail so that the carbon copies would carry the impressions. Item 9 bears no date because he had nothing to write a date with; his own jail notes fix the day as on or about December 19, 2024.

The forms follow this index as pages 3 through 28 of Exhibit 2, one form to a page, in the order listed. Each page carries its Exhibit 2 page number at the foot. Pages 29 through 32 are the Plaintiff's reading of the forms, offered because the carbon copies are hard to read; the City's copies control where they differ.

## DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 12/14/2024

ID#: 1191209 UNIT/CELL#: 4-3A-5

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by inmate.***

Inmate Comments: Need Appeal paperwork [illegible] court information [illegible]

Inmate Signature [signature] Date 12-14-24

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature [signature] Date 12-14-24

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ✓ ) City court request: case, infor[redacted] Please provide Social Security [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 12/14/2024

ID#: 1991209 UNIT/CELL#: 4 [illegible]

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Need [illegible] for commissary

Robert Steele [illegible] 12/14/2024

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[illegible] 1316 12/14/24

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informati[redacted] | [redacted] |
| Please provide Social Security #[redacted] REDACTED – Social Security number and date of birth. Fed. R. Civ. P. 5.2(a) | [redacted] |
| ( ) APPEAL Forms (County)[redacted] | [redacted] |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: [illegible] requested

Signature: Date:

D&E Form 34 (Rev. 04/17)



-0129-04-17 • GA 69408

## DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: ______________________ (print) DATE: ______________

ID#: ______________________ UNIT/CELL#: ______________

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by inmate*.**

Inmate Comments: ____________________________________________

_____________________________________________________________

_____________________________________________________________

_____________________________________________________________

______________________________ ______________

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

______________________________ ______________

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, infor[redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Securit[redacted] | |
| ( ) APPEAL Forms (County)......[redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ____________________________________________

_____________________________________________________________

_____________________________________________________________

_____________________________________________________________

Signature: ______________________ Date: ______________

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: ______________________ (print) DATE: ____________

ID#: ______________________ UNIT/CELL#: ____________

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by inmate.***

Inmate Comments: ______________________

______________________ Inmate Signature ______________ Date

**Staff will review and sign request received prior to forwarding for dissemination.**

______________________ Receiving Officer Signature 12-14-24 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, inform [redacted] Please provide Social Security [redacted] REDACTED -- Social Security number and date of birth. Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ______________________

Signature: ______________________ Date: ____________

DPS Form 34 (Rev. 10/19)



FM-0129-10-19

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 12/14/2024

ID#: 1941209 UNIT/CELL#: 4 [illegible] L

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: I wish to speak to psychologist for personal reasons.

[signature] RS — Inmate Signature

12/14/2024 — Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[signature] 1346 — Receiving Officer Signature

12.14.24 — Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

**TYPE OF INMATE REQUEST** — **FORWARD TO**

( ) Problems with other inmates (EMERGENCY)........Notify Suprv. Immediately
( ) Property matters, clothing, personal property........Property Officer
( ) Money / commissary........Business Office/Accounting
( ) Food complaint........Shift Supervisor
( ) Treatment complaint: medical / medical diets........Medical
( ) Religious diets........Shift Suprv./Programs Suprv.
( ) Housing assignment concerns / complaints........Unit Officer/Classif. Counselor
( ) Special Visitor Request (contact or extended)........Shift Suprv./Classif. Suprv.
( ) Request for Classification Committee Hearing........Shift Suprv./Classif. Suprv.
(✓) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)***........Medical
( ) Request for Law Library / Library reading material........Librarian
( ) Request for religious counseling........Chaplain
( ) Request for education / Classes / Referrals........Classification Counselor
( ) Request for notary service........Classification Counselor
( ) Request for personal counseling........Classification Counselor
( ) APPEAL Forms / Sentence modification (City)........Classification Counselor
( ) City court request: case, informa[redacted]
Please provide Social Security [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a)
( ) APPEAL Forms (County)........[redacted]
( ) Request to County courts........Classification Counselor
( ) Request to see Social Worker........Social Worker

Receiver's Reply:

Date:

EXHIBIT 2, page 7 of 32 -- item 5 -- Steele v. City of Las Vegas, et al.

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: ~~12/14/24~~ 12/14/24

ID#: 1991269 UNIT/CELL#: 4- ~~345~~ 348

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Need my Law Library forms 1) Notice of intent to appeal 2) Appeal Form 3) informa pauperis (fee waiver) 4) request + Tax transcript

Robert S.

Inmate Signature — Date 12/13/2024

**Staff will review and sign request received prior to forwarding for dissemination.**

A 1554

Receiving Officer Signature — Date 12/16/24

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| (✓) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informat [redacted] | [redacted] |
| Please provide Social Security # [redacted] REDACTED -- Social Security number and date of birth Fed. R. Civ. P. 5.2(a) | [redacted] |
| ( ) APPEAL Forms (County) [redacted] | [redacted] |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ______________________

Signature: ______________________ Date: ______________________

D&E Form 34 (Rev. 04/17) — A-0129-04-17 • GA 69408

## DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 12/16/2024

ID#: 1991209 UNIT/CELL#: 4 ? 348

Requests to Henderson, North Las Vegas, Boulder City Courts ***must be mailed by Inmate***.

Inmate Comments: need 3 motions and extra pleading paper

______________________ Inmate Signature ______________________ Date

**Staff will review and sign request received prior to forwarding for dissemination.**

______________________ Receiving Officer Signature ______________________ Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| (✓) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa[redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security #[redacted] | |
| ( ) APPEAL Forms (County)[redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ______________________

Signature: ______________________ Date: ______________________

Law Library

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: 1989 Robert Steele (print) DATE: 12/17/2024

ID#: ______ UNIT/CELL#: 4-B 348

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: need ~~[illegible]~~

Notice of intent to appeal for Las Vegas Municipal Case to [illegible] Head [illegible]

Inmate Signature Date 12/17/2024

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature [illegible] Date 12/17/24

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| (✓) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informat [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security # [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: 12/19

Signature: ______ Date: ______

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| Date and Time Received | Received By |
|---|---|
| | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Número de Recluso) | Today's Date (Fecha de Hoy) |
|---|---|---|---|---|
| | | | | |

Complaint (Queja)

Inmate Signature (Firma de Recluso)

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: ______________

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

Nursing
S: ID# STEEL

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

P:

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | | |

**For Jail Use Only**

**CoPay - There are NO fees during the first 30 days of custody**
☐ Self-Initiated Request ($8.00 per submission) ☑ Medical Transport for Self-Initiated Medical Care($75.00)
☐ Dental (No Charge) ☐ Medication Fee ($5.00 per drug, up to a 90 day supply) ☐ Medication Renewal ($3.00 per drug)

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: ______________________ (print) DATE: ______________

ID#: ______________________ UNIT/CELL#: ______________

**Requests to Henderson, North Las Vegas, Boulder City Courts _must be mailed by inmate_.**

Inmate Comments: ______________________________________

______________________________________

______________________________________

______________________________________

______________________ Inmate Signature ______________ Date

**Staff will review and sign request received prior to forwarding for dissemination.**

______________________ Receiving Officer Signature 12/14/24 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| **TYPE OF INMATE REQUEST** | **FORWARD TO** |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist *(if suicidal in nature, notify supervisor immediately)* | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, info [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Secur [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ______________________________________

______________________________________

______________________________________

______________________________________

Signature: ______________________ Date: ______________

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) 12/30/2025 DATE: 12/30/2025

ID#: 1991209 12/30/2025 UNIT/CELL#: 7C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Request "Notice of intent to APPEAL"

Robert Steele RS — Inmate Signature

12/30/2024 — Date

**Staff will review and sign request received prior to forwarding for dissemination.**

1514 — Receiving Officer Signature

12/30/ — Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

**TYPE OF INMATE REQUEST** — **FORWARD TO**

( ) Problems with other inmates (EMERGENCY)....Notify Suprv. Immediately
( ) Property matters, clothing, personal property....Property Officer
( ) Money / commissary....Business Office/Accounting
( ) Food complaint....Shift Supervisor
( ) Treatment complaint: medical / medical diets....Medical
( ) Religious diets....Shift Suprv./Programs Suprv.
( ) Housing assignment concerns / complaints....Unit Officer/Classif. Counselor
( ) Special Visitor Request (contact or extended)....Shift Suprv./Classif. Suprv.
( ) Request for Classification Committee Hearing....Shift Suprv./Classif. Suprv.
( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)***....Medical
(✓) Request for Law Library / Library reading material....Librarian
( ) Request for religious counseling....Chaplain
( ) Request for education / Classes / Referrals....Classification Counselor
( ) Request for notary service....Classification Counselor
( ) Request for personal counseling....Classification Counselor
(✓) APPEAL Forms / Sentence modification (City)....Notice of Intent....Classification Counselor
( ) City court request: case, informat[redacted]
Please provide Social Security # [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a)
(✓) APPEAL Forms (County)....N[redacted]
( ) Request to County courts....Classification Counselor
( ) Request to see Social Worker....Social Worker

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) 4-0129-04-17 • GA 69408

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/01/2025

ID#: 1991209[illegible] UNIT/CELL#: 2C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: "Notice of intent to appeal" For Las Vegas Municipal Court AND "Sentence Modification"

Robert [signature] 01/01/2025

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

M3981 1-1-25

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| (✓) APPEAL Forms / Sentence modification (City) Notice of intent | Classification Counselor |
| ( ) City court request: case, informa[redacted] | |
| Please provide Social Security [redacted] REDACTED – Social Security number and date of birth. Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) FM-0129-04-17 • GA 69408

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/01/2025

ID#: 1191209 UNIT/CELL#: 7C-1419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: CASE INFO including the charge of "Contempt of court"

[signature] 01/01/2025

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

M5987 01-01-25

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| (✓) City court request: case, informati[redacted] Please provide Social Security # [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) EXHIBIT 2, page 15 of 32 -- item 13 -- Steele v. City of Las Vegas, et al. 4-0129-04-17 • GA 69408

## DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/04/2025

ID#: 1991209 UNIT/CELL#: 7C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: 1) request Sentence Modification form 2) Municipal Court Notice of Intent to appeal 3) Appeal Form for ~~[illegible]~~ United States. This is the ~~best~~ third time I have asked.

[signature] 01/04/2025

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[signature] 01/05/2025

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| (✓) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa[redacted] REDACTED -- Social Security number and date of birth. Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security #[redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

9133

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/04/2025

ID#: 199/209 UNIT/CELL#: 7C419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: I need a my motion to dismiss [illegible] the court calendar for my court date 1/6/25. IT MUST Be Listed as it's [illegible] past [illegible] date so I CAN Get My Hearing as requested at the bottom of the [illegible]

Inmate Signature 01/04 2025 Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[redacted]

Receiving Officer Signature 01/05/2025 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist *(if suicidal in nature, notify supervisor immediately)* | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) File Motion For the | Classification Counselor |
| ( ) City court request: case, informat [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security # [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17)



4-0129-04-17 • GA 69408

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/05/25

ID#: 1992209 UNIT/CELL#: 7C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: File Motion to dismiss For Court 4 page brief

Inmate Signature: [signature] Date: 01/05/25

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature: 8221 Date: 1/6/25

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security | |
| ( ) APPEAL Forms (County) | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17)



FM-0129-04-17 • GA 69408

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/05/2025

ID#: 1991209 UNIT/CELL#: C7-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Court info including release Date w/ Contempt of court charge.

[signature] Inmate Signature 01/05/2025 Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[signature] Receiving Officer Signature 01/05/2025 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| (✓) City court request: case, inform [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: ____________________

Signature: ____________________ Date: ____________________

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/07/2025

ID#: 1991209 UNIT/CELL#: 2C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: I need a Notice of Intent to appeal For [illegible] court and an appeal Form for district court w/ extra Pleading Paper (lined) 10 sheets

[signature] — Inmate Signature 01/07/2025 — Date

**Staff will review and sign request received prior to forwarding for dissemination.**

SAS 1441 — Receiving Officer Signature 1/7/25 — Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| (✓) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informat[redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security #[redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) EXHIBIT 2, page 20 of 32 -- item 18 -- Steele v. City of Las Vegas, et al. 4-0129-04-17 • GA 69408

**DEPARTMENT OF PUBLIC SAFETY**

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/18/2025

ID#: 1991209 UNIT/CELL#: 1C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: I need to File my Motion TO Recuse ASAP. I need a Court date. You are already in violation of my Civil Right. Clerk I'm Suing the City Court [illegible] (It's your Copy) [illegible]

[Inmate signature] — Inmate Signature 01/18/2025 — Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[signature] — Receiving Officer Signature 01/19/2025 — Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| (✓) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security # [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: I AM Tired of trying to Get My Civil Rights

Signature: Date:

D&E Form 34 (Rev. 04/17)



M-0129-04-17 • GA 69408

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/18/2025

ID#: 1991209 UNIT/CELL#: 7C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate.***

Inmate Comments: My phone PIN Doesn't Work. I Haven't Used my Phone time yet. I Demand My phone time, as the Constitution Has Promised me, I'm Your Lawsuit Your Corrupt Friend R. Steele

Inmate Signature ______ Date 01/18/2025

**Staff will review and sign request received prior to forwarding for dissemination.**

[illegible] 1225

Receiving Officer Signature ______ Date 01/18/2025

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ✓ ) City court request: case, informat[redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) Please provide Social Security #[redacted] | |
| ( ) APPEAL Forms (County)[redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: [illegible]

Signature: ______ Date: ______

D&E Form 34 (Rev. 04/17)



M-0129-04-17 • GA 69408

## DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/18/2025

ID#: 1991209 UNIT/CELL#: 7C-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: My phone PIN Doesn't work. I Haven't Used Any Phone Yet. I Demand My phone Time, as the Constitution Has Promised Me. It Is Your Lawsuit + Your Careers Final. R. St

Inmate Signature: [signature] Date: 01/18/2025

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature: [signature] 1225 Date: 01/18/2025

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| (✓) City court request: case, infor [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Securit [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: your phone pin is 9133. You put your Id number and pin all together.

19912099133

Signature: [signature] 1221 Date: 1/20/25

D&E Form 34 (Rev. 04/17) FM-0129-04-17 • GA 69408

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 1/20/25 6:30am

ID#: 1991809 UNIT/CELL#: 7B 7-H-14 [illegible]

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: My phone time was delay when other inmate passed myself and [illegible] it [illegible] see [illegible] used it. Request [illegible] [illegible] want to sent my [illegible]

[illegible] Inmate Signature 1/17/25 Date

**Staff will review and sign request received prior to forwarding for dissemination.**

M B 1190 Receiving Officer Signature 1/20/25 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( X ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa [redacted] | |
| Please provide Social Security # [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) EXHIBIT 2, page 24 of 32 -- item 22 -- Steele v. City of Las Vegas, et al. FM-0129-04-17 • GA 69408

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/20/25

ID#: 1991209 UNIT/CELL#: 7-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Could I please get a "notice of intent to appeal" for Municipal court and a appeal Form along w/ my case # Judge and department #. Thank you

Inmate Signature: [illegible] Date: 01/20/2025

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature: [illegible] Date: 1-20-25

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( X ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( X ) City court request: case, informa [redacted] Please provide Social Security # REDACTED -- Social Security number and date of birth. Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17) FM-0129-04-17 • GA 69408

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/20/25

ID#: 1991209 UNIT/CELL#: 7-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Please May I get the transcripts Required to File My [illegible] appeal 4 the Matters I Don't overturned. I need transcripts From all the Hearings after Dec 2022 continued [illegible]

[signature] Inmate Signature 01/20/25 Date

**Staff will review and sign request received prior to forwarding for dissemination.**

[signature] (1751) Receiving Officer Signature 01/20/25 Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
| --- | --- |
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| (X) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| Please provide Social Security # [redacted] | |
| ( ) APPEAL Forms (County) [redacted] | |
| ( ) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply: I AM ASKING as an "indigent" [illegible] [illegible] they are a [illegible] [illegible] I must Start with My Appeal Filing. I will also need the Video of [illegible] [illegible] [illegible] in Dec 12 Hearing [illegible] Thank You.

Signature: ______ Date: ______

DEPARTMENT OF PUBLIC SAFETY

# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/20/2025

ID#: 1991209 UNIT/CELL#: 7-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: Could I please Have a complaint Form For District Court and a Fee waiver or "In Forma Paupers" application

Inmate Signature: [signature] Date: 01/20/2025

**Staff will review and sign request received prior to forwarding for dissemination.**

Receiving Officer Signature: [signature] Date: 1-20-25

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

| TYPE OF INMATE REQUEST | FORWARD TO |
|---|---|
| ( ) Problems with other inmates (EMERGENCY) | Notify Suprv. Immediately |
| ( ) Property matters, clothing, personal property | Property Officer |
| ( ) Money / commissary | Business Office/Accounting |
| ( ) Food complaint | Shift Supervisor |
| ( ) Treatment complaint: medical / medical diets | Medical |
| ( ) Religious diets | Shift Suprv./Programs Suprv. |
| ( ) Housing assignment concerns / complaints | Unit Officer/Classif. Counselor |
| ( ) Special Visitor Request (contact or extended) | Shift Suprv./Classif. Suprv. |
| ( ) Request for Classification Committee Hearing | Shift Suprv./Classif. Suprv. |
| ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** | Medical |
| ( ) Request for Law Library / Library reading material | Librarian |
| ( ) Request for religious counseling | Chaplain |
| ( ) Request for education / Classes / Referrals | Classification Counselor |
| ( ) Request for notary service | Classification Counselor |
| ( ) Request for personal counseling | Classification Counselor |
| ( ) APPEAL Forms / Sentence modification (City) | Classification Counselor |
| ( ) City court request: case, informa [redacted] | |
| Please provide Social Security # [redacted] REDACTED -- Social Security number and date of birth, Fed. R. Civ. P. 5.2(a) | |
| ( ) APPEAL Forms (County) [redacted] | |
| (X) Request to County courts | Classification Counselor |
| ( ) Request to see Social Worker | Social Worker |

Receiver's Reply:

Signature: Date:

D&E Form 34 (Rev. 04/17)



-0129-04-17 • GA 69408

# DEPARTMENT OF PUBLIC SAFETY
# INMATE REQUEST FOR ASSISTANCE

NAME: Robert Steele (print) DATE: 01/21/25

ID#: 1991209 UNIT/CELL#: 7-419

**Requests to Henderson, North Las Vegas, Boulder City Courts *must be mailed by Inmate*.**

Inmate Comments: SGT @ COOK, You Must have taken My 15 min of Free phone time From me all of I can't call My [illegible] Family Because of your corrupt ass! Fuck U, Give me My phone Background Facing Criminal [illegible] 01/21/25

Inmate Signature Date

**Staff will review and sign request received prior to forwarding for dissemination.**

Office Schaffer [illegible] Poindexter w/ Glassy [illegible] 01/21/25 Officer Refused to Sign

Receiving Officer Signature Date

***CHECK AREA OF INFORMATION NEEDED - Only one per sheet.***

**TYPE OF INMATE REQUEST** Cut Just After Breakfast **FORWARD TO**

- ( ) Problems with other inmates (EMERGENCY) .......... Notify Suprv. Immediately
- ( ) Property matters, clothing, personal property .......... Property Officer
- ( ) Money / commissary .......... Business Office/Accounting
- ( ) Food complaint .......... Shift Supervisor
- ( ) Treatment complaint: medical / medical diets .......... See Note Medical
- ( ) Religious diets .......... On Back Shift Suprv./Programs Suprv.
- ( ) Housing assignment concerns / complaints .......... Unit Officer/Classif. Counselor
- ( ) Special Visitor Request (contact or extended) .......... Shift Suprv./Classif. Suprv.
- ( ) Request for Classification Committee Hearing .......... Shift Suprv./Classif. Suprv.
- ( ) Request to see psychologist ***(if suicidal in nature, notify supervisor immediately)*** .......... Medical
- ( ) Request for Law Library / Library reading material .......... Librarian
- ( ) Request for religious counseling .......... Chaplain
- ( ) Request for education / Classes / Referrals .......... Classification Counselor
- ( ) Request for notary service .......... Classification Counselor
- (X) Request for personal counseling .......... Classification Counselor
- ( ) APPEAL Forms / Sentence modification (City) .......... Classification Counselor
- ( ) City court request: case, inform[redacted]
  Please provide Social Security REDACTED -- Social Security number and date of birth. Fed. R. Civ. P. 5.2(a)
- ( ) APPEAL Forms (County) ......... [redacted]
- ( ) Request to County courts .......... Classification Counselor
- ( ) Request to see Social Worker .......... Social Worker

Receiver's Reply: 1991209 9133 #

Signature: Date:

D&E Form 34 (Rev. 04/17) FM-0129-04-17 • GA 69408

## EXHIBIT 2 -- PLAINTIFF'S READING OF THE FORMS

Steele v. City of Las Vegas, et al.

The twenty-six forms at pages 3 through 28 of this Exhibit are the Plaintiff's carbon copies. Most are pink inmate copies in pencil; one is the yellow copy the jail returned with its reply; two carry no ink at all because they were written with a fingernail. A photocopy of a pencil carbon is hard to read and a photocopy of an impression cannot be read.

What follows is the Plaintiff's best reading of each form, in the order of the index. Words the Plaintiff could not make out are marked [illegible], and readings he is unsure of are marked with a question mark in brackets. This reading is offered as an aid to the reader and not as the text of the forms. The originals of every form are in the custody of the City of Las Vegas, whose copies are clearer than these, and where this reading and the City's copy differ, the City's copy controls. The reading may be wrong in places. The receiving officer's signature and date on each form is the jail's acknowledgment that it received the form.

**Item 1. Exhibit 2, page 3. Dated 12/14/2024. Unit/cell 4-345E.**
Text: Need appeal paperwork and court information [third line illegible].
Receiving officer: Signed 12/14/24.

**Item 2. Exhibit 2, page 4. Dated 12/14/2024. Unit/cell 4-345E.**
Text: Need password reset for commissary.
Receiving officer: Signed 12/14/24.

**Item 3. Exhibit 2, page 5. Dated 12/14/2024. Unit/cell 4-345E.**
Text: Need to prepare a legal document for my defense.
Receiving officer: Signed 12-14-24.

**Item 4. Exhibit 2, page 6. Dated 12/14/2024. Unit/cell 4-345[E?].**
Text: I need to file [remainder illegible].
Receiving officer: Signed 12-14-24.

**Item 5. Exhibit 2, page 7. Dated 12/14/2024. Unit/cell 4-345E.**
Text: Wish to speak to a psychologist for personal reasons.
Receiving officer: Signed 12/14/2024.

**Item 6. Exhibit 2, page 8. Dated 12/16/2024. Unit/cell 4-348.**
Text: Need law library forms: 1) Notice of intent to appeal, 2) Appeal form, 3) Informa pauperis (fee waiver), 4) Request for transcript.
Receiving officer: Signed 12/16/2024.

**Item 7. Exhibit 2, page 9. Dated 12/16/2024. Unit/cell 4-348.**
Text: Need 3 motions [forms] and extra pleading paper.
Receiving officer: No receiving officer signature.

**Item 8. Exhibit 2, page 10. Dated 12/17/2024. Unit/cell 4-348.**
Text: [Marked LAW LIBRARY at the top.] Need [word struck out]. Notice of intent to appeal for a Las Vegas Municipal case to be heard in District Court.
Receiving officer: Signed 12/17/2024.

**Item 9. Exhibit 2, page 11. Dated undated; on or about 12/19/2024. Unit/cell not written.**
Text: NaphCare Medical Department sick call request form. Written with a fingernail. Nothing on this copy is legible, in the name, date of birth, unit, inmate number, date or complaint boxes. The Plaintiff's request was to have his heart medication filled.
Receiving officer: No receiving entry.

**Item 10. Exhibit 2, page 12. Dated 12/24/2024 [date disputed]. Unit/cell 4-34[8?].**
Text: Inmate Request for Assistance written with a fingernail. Nothing on this copy is legible beyond the name, ID number and a first line that appears to begin "I need" [illegible].
Receiving officer: Signed by a receiving officer; the date reads 12/14/24 or 12/24/24.

**Item 11. Exhibit 2, page 13. Dated 12/30/2024 [overwritten]. Unit/cell 7C-419.**
Text: Request "Notice of intent to APPEAL."
Receiving officer: Signed 12/30/2024.

**Item 12. Exhibit 2, page 14. Dated 01/01/2025. Unit/cell 7C-419.**
Text: "Notice of intent to appeal" for Las Vegas Municipal Court AND "Sentence Modification."
Receiving officer: Signed 1/1/2025.

**Item 13. Exhibit 2, page 15. Dated 01/01/2025. Unit/cell 7C-419.**
Text: CASE INFO including the charge of "contempt of court."
Receiving officer: Signed 1/1/2025.

**Item 14. Exhibit 2, page 16. Dated 01/04/2025. Unit/cell 7C-419.**
Text: 1) Request sentence modification, 2) Municipal Court "Notice of intent to appeal," 3) "Appeal form" for [Clark County?] District Court. This is the third time I have asked.
Receiving officer: Signed 1/5/2025.

**Item 15. Exhibit 2, page 17. Dated 01/04/2025. Unit/cell 7C-419.**
Text: I need my motion to dismiss on [the] court calendar for my court date 1/7/2025. It

must be listed as its own reason for the date so I can get my hearing as requested at the bottom of the court sheet.
Receiving officer: Signed 1/5/2025.

**Item 16. Exhibit 2, page 18. Dated 01/05/2025. Unit/cell 7C-419.**
Text: File motion to dismiss for court, 4 page brief.
Receiving officer: Signed 1/6/2025.

**Item 17. Exhibit 2, page 19. Dated 01/05/2025. Unit/cell C7-419.**
Text: Court info including release date w/ contempt of court charge.
Receiving officer: Signed 1/5/2025.

**Item 18. Exhibit 2, page 20. Dated 01/07/2025. Unit/cell 7C-419.**
Text: I need one Notice of intent to appeal for [Las Vegas?] Municipal Court and an appeal form for District Court w/ extra pleading paper (blank), 10 sheets.
Receiving officer: Signed 1/7/2025.

**Item 19. Exhibit 2, page 21. Dated 01/18/2025. Unit/cell 7C-419.**
Text: I need to file my "Motion to Recuse" ASAP. I need a court date. You are already in violation of my civil rights and I'm suing the City for it. [Beside the signature:] (It's your career, kill it if U want.)
Receiving officer: Signed 1/18/2025.

**Item 20. Exhibit 2, page 22. Dated 01/18/2025. Unit/cell 7C-419.**
Text: [Pink copy.] My phone PIN doesn't work. I haven't used any phone time yet. I demand my phone time as the Constitution has promised me. It's your lawsuit, your career's funeral.
Receiving officer: Signed 1/18/2025.

**Item 21. Exhibit 2, page 23. Dated 01/18/2025. Unit/cell 7C-419.**
Text: [Yellow copy of the same request, returned by the jail.] Same text as item 20.
Receiver's Reply, in the jail's hand: "Your phone pin is 9133. You put your Id number and pin all together. 19912099133." Signed with initials and badge number, dated 1/20/25.
Receiving officer: Signed 1/18/2025; answered 1/20/2025.

**Item 22. Exhibit 2, page 24. Dated 01/20/2025, 6:30 a.m.. Unit/cell 7-419 ["aprox"].**
Text: My phone time was stolen when an inmate passed my cell and memorized it on the way to the day room and used it. Request immediate [replacement?]. Want to call my family today.
Receiving officer: Signed 1/20/2025.

**Item 23. Exhibit 2, page 25. Dated 01/20/2025. Unit/cell 7-419.**

Text: Could I please get a "notice of intent to appeal" for Municipal Court and a appeal form along w/ my case #, judge and department #. Thank you.
Receiving officer: Signed 1/20/2025.

**Item 24. Exhibit 2, page 26. Dated 01/20/2025. Unit/cell 7-419.**

Text: Please may I get the transcripts required to file my appeal 4 the motions I want overturned. I need transcripts from all the hearings after Dec 2022. Continued on bottom of page. [At the bottom of the page, in the Receiver's Reply box, in the Plaintiff's hand:] I am asking as an "indigent individual unrepresented"; they are a required document I must submit with my appeal filing. I will also need the video of my last 3 hearings before Judge Brown, in Dec 12 then in January. Thank you.
Receiving officer: Signed 1/20/2025.

**Item 25. Exhibit 2, page 27. Dated 01/20/2025. Unit/cell 7-419.**

Text: Could I please have a complaint form for District Court and a fee waiver or "Informa Pauperus" application.
Receiving officer: Signed 1/20/2025.

**Item 26. Exhibit 2, page 28. Dated 01/21/2025. Unit/cell 7-419.**

Text: SGT COOK, you now have taken my 15 min of free phone time from me and I can't call my family because of your corrupt ass! Fuck U, give me my phone back you fucking criminal. [On the receiving officer line, in the Plaintiff's hand:] Officer Sch[illegible] (circled), Poindexter w/ glasses, 01/21/25, refused to sign. [In the Receiver's Reply box, in the Plaintiff's hand:] 1991209 9133 #, 15 minutes, [figures illegible].
Receiving officer: Officers refused to sign; annotated by the Plaintiff.